## Luke GREEN v. STATE.
### No. 15341.

Court of Criminal Appeals of Texas.
May 25, 1932.

D. T. Moore, of Aquilla, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

We find in the record an affidavit in due form, executed by appellant, asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.

## Fred HATCHETT v. STATE.
### No. 15361.

Court of Criminal Appeals of Texas.
May 25, 1932.

Clegg & Gates, of Trinity, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

We find in the record neither statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

## G. M. HYERVONYMUSE v. STATE.
### No. 15345.

Court of Criminal Appeals of Texas.
June 1, 1932.

Jno. R. Francis and Pliny V. Myers, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for rape; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear to be regular.

The judgment will be affirmed.

## Austin JOHNSON v. STATE.
### No. 15317.

Court of Criminal Appeals of Texas.
May 25, 1932.

Smith & West, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty assessed at confinement in the penitentiary for two years.

There is no statement of facts or bills of exception before this court. No fault or irregularity in the procedure has been called to our attention, nor have we perceived such.

There are criticisms of the charge of the court by way of objection, but, in the absence of the evidence, the complaint cannot be appraised.

Finding no error in the record, the judgment is affirmed.